**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Justace A. Lowe, Russell Davis, Jr., Peggy Davis, and
John Doe, Defendants,

Of whom Peggy Davis is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000486

―――――――――――

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

―――――――――――

Unpublished Opinion No. 2020-UP-302
Submitted October 23, 2020 – Filed November 4, 2020

―――――――――――

**AFFIRMED**

―――――――――――

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Vanessa Cason, of Greenville, as Guardian ad Litem for
Appellant.

Amanda B. Stiles, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:**  Peggy Davis appeals the family court's final order denying her request for custody of her grandson and dismissing her as a party to the action.  *See* S.C. Code Ann. § 63-7-1700 (Supp. 2019) (providing the family court may order relative placement as a permanent plan).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Davis's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.